**Fill in this information to identify the case:**

Debtor Name: World Wine Group Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number: 22-10738-1gb

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: January 2023

Date report filed: 02/09/2023 (MM/DD/YYYY)

Line of business: Liquor Store

NAISC code: 445310

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Word Wine Group Inc.

Original signature of responsible party: [signature]

Printed name of responsible party: Cheng Rui Lu

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

*If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.*

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1 | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2 | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3 | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4 | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5 | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6 | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7 | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8 | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9 | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

*If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.*

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10 | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11 | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12 | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13 | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14 | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15 | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16 | Has anyone made an investment in your business? | | | |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name  World Wine Group Inc.                              Case number 22-10738-1gb

17. Have you paid any bills you owed before you filed bankruptcy?  ☐  ☐  ☑
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☐  ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 22,312.59

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                        $ 44,595.85

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.                                                  − $ 62,133.80

    Report the total from *Exhibit D* here.

22. **Net cash flow**                                              + $ -17,537.95

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                 = $ 4,774.64

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                             $ 0.00

    *(Exhibit E)*

Debtor Name  World Wine Group Inc.                    Case number 22-10738-1gb

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  _____1_____
27. What is the number of employees as of the date of this monthly report?  _____1_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____15,000.00_____
30. How much have you paid this month in other professional fees?  $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?  $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* Projected | – | *Column B* Actual | = | *Column C* Difference |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. Cash receipts | $ _____ | – | $ _____ | = | $ _____ |
| 33. Cash disbursements | $ _____ | – | $ _____ | = | $ _____ |
| 34. Net cash flow | $ _____ | – | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:  $ _____
36. Total projected cash disbursements for the next month:  - $ _____
37. Total projected net cash flow for the next month:  = $ _____

Debtor Name  World Wine Group Inc.                    Case number 22-10738-lgb

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.



**Bank**
America's Most Convenient Bank®           T    STATEMENT OF ACCOUNT

WORLD WINE GROUP INC
DIP CASE 22-10738 SDNY
170 PARK ROW APT 18C
NEW YORK NY  10038-1155

Page:                      1 of 5
Statement Period:   Jan 01 2023-Jan 31 2023
Cust Ref #:              4414748173-039-T-###
Primary Account #:                441-47######

### Chapter 11 Checking
WORLD WINE GROUP INC
DIP CASE 22-10738 SDNY

Account # 441-4748173

#### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 22,312.59 | Average Collected Balance | 11,997.80 |
| Deposits | 24,508.05 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 20,087.80 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 15,562.56 | Days in Period | 31 |
| Electronic Payments | 45,637.32 | | |
| Other Withdrawals | 29.99 | | |
| Ending Balance | 5,678.57 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

#### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/06 | DEPOSIT | 1,890.05 ✓ |
| 01/11 | DEPOSIT | 8,722.00 ✓ |
| 01/13 | DEPOSIT | 4,521.00 ✓ |
| 01/17 | DEPOSIT | 2,790.00 ✓ |
| 01/17 | DEPOSIT | 1,015.00 ✓ |
| 01/17 | DEPOSIT | 557.00 ✓ |
| 01/25 | DEPOSIT | 3,345.00 ✓ |
| 01/30 | DEPOSIT | 1,668.00 ✓ |
| | Subtotal: | 24,508.05 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 1,904.68 |
| 01/03 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 1,046.29 |
| 01/03 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 445.15 |
| 01/03 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 247.01 |
| 01/04 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 164.53 |
| 01/04 | CCD DEPOSIT, UBER USA FBO EDI PAYMNT LGHXZQOIGSKDT3Z | 135.84 |
| 01/05 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 204.91 |
| 01/06 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 298.95 |
| 01/09 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 738.69 |
| 01/09 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 587.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

WORLD WINE GROUP INC
DIP CASE 22-10738 SDNY

Page: 3 of 5
Statement Period: Jan 01 2023-Jan 31 2023
Cust Ref #: 4414748173-039-T-###
Primary Account #: 441-4

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/10 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 489.43 |
| 01/10 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 352.28 |
| 01/10 | CCD DEPOSIT, UBER USA FBO EDI PAYMNT YLKXTX8GDQGC120 | 62.96 |
| 01/11 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 423.33 |
| 01/12 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 227.59 |
| 01/13 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 262.59 |
| 01/17 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 958.25 |
| 01/17 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 943.39 |
| 01/17 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 661.61 |
| 01/17 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 435.15 |
| 01/18 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 198.67 |
| 01/18 | CCD DEPOSIT, UBER USA FBO EDI PAYMNT 9I8C4JIAZLQSBYE | 101.67 |
| 01/19 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 210.50 |
| 01/20 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 255.05 |
| 01/23 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 2,589.80 |
| 01/23 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 1,952.30 |
| 01/24 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 1,170.22 |
| 01/24 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 114.58 |
| 01/24 | CCD DEPOSIT, UBER USA FBO EDI PAYMNT 1GU0D5I4NNL03FJ | 71.93 |
| 01/25 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 94.85 |
| 01/26 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 191.80 |
| 01/27 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 273.11 |
| 01/30 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 1,055.10 |
| 01/30 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 571.90 |
| 01/31 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 438.12 |
| 01/31 | CCD DEPOSIT, UBER USA FBO EDI PAYMNT EJAYKQBV5SO068F | 139.89 |
| 01/31 | CCD DEPOSIT, BANKCARD DEP MERCH DEP ****86770600752 | 68.68 |
| | Subtotal: | 20,087.80 |

### Checks Paid  No. Checks: 10

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO | AMOUNT | DATE | SERIAL NO | AMOUNT |
|---|---|---|---|---|---|
| 01/04 | 1007 | 5,599.56 | 01/10 | 1013 | 375.00 |
| 01/09 | 1009* | 228.40 | 01/18 | 1014 | 940.50 |
| 01/04 | 1010 | 825.66 | 01/24 | 1015 | 748.00 |
| 01/09 | 1011 | 700.00 | 01/26 | 1016 | 1,627.56 |
| 01/10 | 1012 | 3,179.88 | 01/27 | 1017 | 1,338.00 |
| | | | | Subtotal: | 15,562.56 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

WORLD WINE GROUP INC
DIP CASE 22-10738 SDNY

Page: 4 of 5
Statement Period: Jan 01 2023-Jan 31 2023
Cust Ref #: 4414748173-039-T-###
Primary Account #: 441-4########

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | ELECTRONIC PMT-WEB, EMPIREMERCHANTS INVOICE(S) 9872644 | 4,167.92 |
| 01/04 | DEBIT POS, *****04031847308, AUT 010423 DDA PURCHASE<br>A E BOWERY LIGHTING    NEW YORK    * NY | 250.41 |
| 01/04 | DEBIT CARD PURCHASE, *****04032055430, AUT 010323 VISA DDA PUR<br>COSTCO BY INSTACART    HTTPSINSTACAR * CA | 54.00 |
| 01/05 | ELECTRONIC PMT-WEB, EMPIREMERCHANTS INVOICE(S) 0902824 | 839.60 |
| 01/05 | CCD DEBIT, BANKCARD DEP MERCH CHBK ****86770600752 | 435.48 |
| 01/05 | CCD DEBIT, APOLLO FINE WINE INVOICES e14836374 | 240.00 |
| 01/05 | CCD DEBIT, BANKCARD DEP MERCH CHBK ****86770600752 | 206.85 |
| 01/05 | ELECTRONIC PMT-WEB, SPECTRUM SPECTRUM 0843585 | 69.98 |
| 01/06 | ELECTRONIC PMT-WEB, SGWS OF NYC 3056254171 | 2,432.28 |
| 01/09 | CCD DEBIT, MELIO CNS ENTERP e14997578 | 762.00 |
| 01/09 | CCD DEBIT, BANKCARD DEP MERCH FEES ****86770600752 | 145.62 |
| 01/10 | CCD DEBIT, WINEBOW NY, NJ, PAYMENT ****90000228510 | 462.70 |
| 01/11 | CCD DEBIT, WINEBOW NY, NJ, PAYMENT ****90000228691 | 530.00 |
| 01/11 | DEBIT CARD PURCHASE, *****04031847308, AUT 011023 VISA DDA PUR<br>43 AUTO SERVICE INC    FLUSHING    * NY | 40.28 |
| 01/12 | CCD DEBIT, WINEBOW NY, NJ, PAYMENT ****90000228967 | 600.00 |
| 01/17 | ELECTRONIC PMT-WEB, EMPIREMERCHANTS INVOICE(S) 3529750 | 22,473.67 |
| 01/17 | ELECTRONIC PMT-WEB, SGWS OF NYC 3056254171 | 1,649.68 |
| 01/17 | CCD DEBIT, ROYAL WINE ROYALWINE 2Q4J6P7Y8WSQAEH | 943.00 |
| 01/17 | ACH DEBIT, CON ED OF NY XXXXXXXXXX ****11150500124 | 480.64 |
| 01/17 | CCD DEBIT, MELIO APOLLO FIN e15407423 | 240.00 |
| 01/17 | DEBIT CARD PURCHASE, *****04031847308, AUT 011323 VISA DDA PUR<br>WORLD WINE GROUP INC    NEW YORK    * NY | 1.99 |
| 01/20 | ELECTRONIC PMT-WEB, SGWS OF NYC 3056254171 | 1,656.98 |
| 01/25 | ELECTRONIC PMT-WEB, SGWS OF NYC 3056254171 | 160.00 |
| 01/25 | DEBIT CARD PURCHASE, *****04031847308, AUT 012423 VISA DDA PUR<br>NYCDOT PARKING METERS    LONG IS CITY * NY | 4.50 |
| 01/27 | CCD DEBIT, MELIO CNS ENTERP e15970453 | 579.00 |
| 01/30 | ELECTRONIC PMT-WEB, SGWS OF NYC 3056254171 | 6,113.01 |
| 01/30 | DEBIT POS, *****04031847308, AUT 012923 DDA PURCHASE<br>BP 2097541PARK    FLUSHING    * NY | 72.02 |
| 01/30 | DEBIT CARD PAYMENT, *****04032055430, AUT 012823 VISA DDA PUR<br>SPECTRUM    855 707 7328 * MO | 14.00 |
| 01/30 | DEBIT CARD PAYMENT, *****04032055430, AUT 012823 VISA DDA PUR<br>ITALKBB    ACCOUNTING123 * TX | 11.71 |
| | Subtotal: | 45,637.32 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**

America's Most Convenient Bank®

WORLD WINE GROUP INC
DIP CASE 22-10738 SDNY

STATEMENT OF ACCOUNT

Page: 5 of 5
Statement Period: Jan 01 2023-Jan 31 2023
Cust Ref #: 4414748173-039-T-###
Primary Account #: 441-4

### DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/17 | DEBIT | 29.99 |
| | Subtotal: | 29.99 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 22,312.59 | 01/18 | 3,792.52 |
| 01/03 | 21,787.80 | 01/19 | 4,003.02 |
| 01/04 | 15,358.54 | 01/20 | 2,601.09 |
| 01/05 | 13,771.54 | 01/23 | 7,143.19 |
| 01/06 | 13,528.26 | 01/24 | 7,751.92 |
| 01/09 | 13,017.93 | 01/25 | 11,027.27 |
| 01/10 | 9,905.02 | 01/26 | 9,591.51 |
| 01/11 | 18,480.07 | 01/27 | 7,947.62 |
| 01/12 | 18,107.66 | 01/30 | 5,031.88 |
| 01/13 | 22,891.25 | 01/31 | 5,678.57 |
| 01/17 | 4,432.68 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

## Exhibit :

## Listing Cash Receipts:

| Sales revenue in cash during January 2023 | $44,595.85 |
|---|---|
| Total: | $44,595.85 |

# Exhibit :

## Cash Disbursements list:

| Inventory purchase | $53,211.43 |
|---|---|
| Payroll net | $903.93 |
| Rent and real estate tax the tenant's portion | $5,599.56 |
| Other operation expense | $1842.55 |
| Utilities | 576.33 |
| Total disbursement: | $62,133.80 |

**Exhibit**

**Bank Reconciliation for Operating Account**

STANDARD BANK RECONCILIATION

Account No. __4380072581__    Period: __1/1/23-1/31/23__    Year __2023__    Account Name __World Wine Group Inc. DIP__

| | | |
|---|---|---|
| Bank Balance shown on Bank Statement | $ | 5,678.57 |
| Add (+) Deposits not shown on Bank Statement | $ | - |
| Total | $ | 5,678.57 |
| Subtract (-) Checks and other items outstanding but not paid on Bank Statement | | (903.93) |

| Number | Amount | Number | Amount | Number | Amount |
|---|---|---|---|---|---|
| | $ | | | | $ |
| 1008 | 903.93 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Total Subtractions $ -

Balance $ 4,774.64

| | | |
|---|---|---|
| Your transaction register balance | $ | 5,678.57 |
| Add (+) Other credits shown on the bank statement but not in transaction register | $ | - |
| Add (+) Interest paid on bank statement | $ | - |
| Total | $ | 5,678.57 |
| Subtract (-) Other debits shown on bank statement but not in transaction register | | |

| Number | Amount |
|---|---|
| | $ |
| | |
| | |
| | |

Total Subtractions $ -

Balance $ 5,678.57