Leonard X. Gillespie, Esq., of counsel
Hooper Yang & Associates Law Office P.C.
450 Seventh avenue
Suite 305
New York, NY 10123
Mobile Phone: (917) 843-0925
E-Mail: lgillespielaw@gmail.com
Hooperyanglaw@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                            :
In re:                                                      :        Chapter 11
                                                            :
                                                            :        Case No.: 22-10738-lgb
WORLD WINE GROUP, INC.                                      :
                                                            :
           Debtor.                                          :
                                                            :
-------------------------------------------------------------x

**NOTICE OF MOTION FOR AN ORDER GRANTING SUMMARY JUDGMENT DISMISSING ADMINISTRATIVE PROOF OF CLAIM 6 (CLAIM 6-1) FILED BY THUAN TAM REALTY CORP., UNSECURED CREDITOR, AND BY THE TERMS OF SAID ORDER DENYING A HEARING AS TO SAID PROOF OF CLAIM**

  **PLEASE TAKE NOTICE,** that, upon the annexed application (The "Application") of World Wine Group. Inc., the above-captioned debtor and debtor-in-possession (the "Debtor"), by its attorneys, Hooper Yang & Associates Law Office P.C., the Debtor will move this Court at a hearing (the "Hearing") on the 26th day of March 2024, at 10:00 a.m. or as soon thereafter as counsel can be heard, for an order denying the Administrative Proof of Claim ("Claim 6-1") of the Creditor/landlord Thuan Tam Realty submitted pursuant to 11 U.S.C Section 503 for the reasons more fully stated in the Application.

  **PLEASE TAKE FURTER NOTICE,** that the hearing will be conducted telephonically, through Zoom.

  **PLEASE TAKE FURTHER NOTICE,** that answering papers, if any, must be filed with the Court's ECF Site at least five (5) days prior to the Hearing, and reply papers, if any, at least one (1) day prior to the Haring, and served upon the undersigned either by mail, courier or e-mail, in such a manner as to be actually received by the undersigned on those same dates.

Dated: New York, New York
    February 26, 2024

                           Hooper Yang & Associates Law Office P. C.

                           By: __/s/_____
                           Leonard X. Gillespie, Esq., of counsel
                           Hooper Yang and Associates Law Office P.C
                           450 Seventh Avenue

Suite 305
New York, NY 10123
Mobile Phone: (917) 843-0925
Email: lgillespielaw@gmail.com,
hooperyanglaw@gmail.com