FILED: NEW YORK COUNTY CLERK 04/18/2022 12:21 PM
NYSCEF DOC. NO. 11
INDEX NO. 657184/2021
RECEIVED NYSCEF: 04/15/2022

22-10738-lgb    Doc 67-5    Filed 02/26/24    Entered 02/26/24 19:30:11    Exhibit
Judgment of civil case    Pg 1 of 5

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - X
**THUAN TAM REALTY CORP.**,                         :

               Plaintiff,             :

                                                **JUDGMENT**

  -against-                                         :

                                                Index No.
**WORLD WINE GROUP INC.**,                          :  **657184/2021**

               Defendant.            :
- - - - - - - - - - - - - - - - - - - - - - X

      Service of the summons and verified complaint in this action on defendant having been made by service on the Department of State of the State of New York on January 4, 2022 and service of a Notice of Default Pursuant to CPLR 3215(g)(4) on defendant having been made by first class mail on February 7, 2022, and more than 20 days having elapsed from the date of service of said Notice, and defendant having failed to answer, and plaintiff having filed an attorney's affirmation as to the default,

      NOW, on motion of Donald Eng, Esq., attorney for plaintiff, it is

      ADJUDGED that plaintiff Thuan Tam Realty Corp., having its principal place of business at 165-07 78th Avenue, Fresh Meadows, NY  11366, have judgment ~~on its first cause of action against~~ and recover from defendant World Wine Group Inc., having its principal place of business at 135B Division Street, New York,

FILED: NEW YORK COUNTY CLERK 04/18/2022 12:21 PM
NYSCEF DOC. NO. 11
INDEX NO. 657184/2021
RECEIVED NYSCEF: 04/15/2022

22-10738-lgb    Doc 67-5    Filed 02/26/24    Entered 02/26/24 19:30:11    Exhibit
Judgment of civil case    Pg 2 of 5

NY 10002, in the sum of ~~$125,220.10~~ $124,220.10 plus interest from December 28, 2021, in the sum of $3308.00, and costs and disbursements as taxed by the Clerk in the sum of ~~$505.00~~ $515.00, making in all the sum of $128,043.10 X, and plaintiff having execution thereof.

15 th  Apr.  2022

_____
CLERK

**FILED**
Apr 15 2022
NEW YORK
COUNTY CLERK'S OFFICE

FILED: NEW YORK COUNTY CLERK 04/18/2022 12:21 PM
NYSCEF DOC. NO. 11
INDEX NO. 657184/2021
RECEIVED NYSCEF: 04/15/2022

22-10738-lgb    Doc 67-5    Filed 02/26/24    Entered 02/26/24 19:30:11    Exhibit
Judgment of civil case    Pg 3 of 5

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - X
**THUAN TAM REALTY CORP.**,                        :

                Plaintiff,    :    **COSTS OF PLAINTIFF**

    -against-                          :

                               Index No.
**WORLD WINE GROUP INC.**,                        :    **657184/2021**

                Defendant.     :
- - - - - - - - - - - - - - - - - - - - - - X

**COSTS**

Costs before note of issue
    CPLR §8201 subd. 1              $ 200.00


**DISBURSEMENTS**

Fee for index number CPLR §8018(a)   $ 210.00

Serving copy summons & complaint
    CPLR §8011(H)(1), 8301(d)         55.00

Sheriff's fees on execution             50.00
    CPLR §8011, 8012                 ~~40.00~~

| | |
|---|---|
| **COSTS** | $ 200.00 |
| **DISBURSEMENTS** | ~~305.00~~ 315.00 |
| | 515.00 |
| **TOTAL** | $ ~~505.00~~ |

APRIL 15 2022
I HEREBY CERTIFY THAT I HAVE
ADJUSTED THIS BILL OF COSTS AT
$515.00
[signature]
CLERK

1

FILED: NEW YORK COUNTY CLERK 04/18/2022 12:21 PM
NYSCEF DOC. NO. 11
INDEX NO. 657184/2021
RECEIVED NYSCEF: 04/15/2022

22-10738-lgb    Doc 67-5    Filed 02/26/24    Entered 02/26/24 19:30:11    Exhibit
Judgment of civil case    Pg 4 of 5

## AFFIRMATION OF BILL OF COSTS

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

The undersigned, an attorney admitted to practice in the courts of this state, affirms: that I am DONALD ENG, the attorney of record for the Plaintiff in the above entitled action; that the foregoing disbursements have been or will be necessarily be made or incurred in this action and are reasonable in amount and that each of the persons named as witnesses attended as such witness on the trial, hearing or examination before trial herein the number of days set opposite their names; that each of said persons resided the number of miles set opposite their names from the place of said trial, hearing or examination; and each of said persons, as such witness as aforesaid, necessarily traveled the number of miles so set opposite their names in traveling to, and the same distance in returning from, the same place of trial, hearing or examination; and that copies of documents or papers are charged herein were actually and necessarily obtained for use.

The undersigned affirms that the foregoing statements are true, under the penalties of perjury.

Dated: April 6, 2022

_____
DONALD ENG

FILED
Apr 15 2022
NEW YORK
COUNTY CLERK'S OFFICE

2

FILED: NEW YORK COUNTY CLERK 04/18/2022 12:21 PM
NYSCEF DOC. NO. 11
INDEX NO. 657184/2021
RECEIVED NYSCEF: 04/15/2022

22-10738-lgb    Doc 67-5    Filed 02/26/24    Entered 02/26/24 19:30:11    Exhibit
Judgment of civil case    Pg 5 of 5

Index No. **657184**    Year **2021**

**SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK**

---

**THUAN TAM REALTY CORP.,**
                    Plaintiff,

        -against-

**WORLD WINE GROUP INC.,**
                    Defendant.

---

**JUDGMENT**

---

**DONALD ENG, ESQ.**
    *Attorney for* **Plaintiff**

                    *Office Address & Tel. No.:*
**139 Centre Street, Suite 510
New York, NY 10013-4555
(212) 608-1939**

```
   1-1
FILED AND
DOCKETED
Apr 15 2022
AT    11:47 A   M
N.Y. CO. CLK'S OFFICE
```

---

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

Dated: **04-06-2022**    Signature _____
                                    **DONALD ENG**

---

21 657184

*Service of a copy of the within*

*Dated:*

---

*PLEASE TAKE NOTICE*

☐    *that the within is a (certified) true copy of a
    entered in the office of the clerk of the within-named Court on*                    20

**NOTICE OF
ENTRY**

☐    *that an Order of which the within is a true copy will be presented for settlement to the
    Hon,                    , one of the judges of the within-named Court,
    at*
**NOTICE OF**   *on*            20    *, at*
**SETTLEMENT**

*Dated:*

                            *Attorney(s) for*

                                                *Office Address & Tel. No.:*
*To:*

*Attorney(s) for*

5 of 5