Leonard X. Gillespie, Esq., of counsel
Hooper Yang & Associates Law Office P.C.
450 Seventh Avenue Suite
305 New York, NY 10123
Mobile Phone: (917) 843-0925
E Mail: lgillespielaw@gmail.com
hooperyanglaw@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------ x
:
In re: :
:
: Chapter 11
:
WORLD WINE GROUP, INC. : Case No. 22-10738-lgb
:
Debtor. :
:
------------------------------------------------------------------------------x

**ORDER AUTHORIZING AND APPROVING DEBTOR'S REJECTION OF LEASE**

A motion (the "Motion")" having been made by World Wine Group, Inc., the above-captioned debtor (the "Debtor") dated February 26, 2024 for entry of an Order granting summary judgment pursuant to 11 U.S.C. § 502 (a) dismissing the Proof of Claim filed by Thuam Tam Realty Corp., and denying a hearing for same

AND a hearing having been held on the Motion on the 26th day of March, 2024, which hearing was conducted upon adequate notice to the Landlord, and no further notice having been required, and good cause having been shown in the papers submitted in support of the Motion and at the hearing; it is

ORDERED, that pursuant to Section 502 (a) the Proof of Claim filed herein by Thuan Tam Realty Corp., is dismissed by summary judgment and a hearing on said Proof of Claim is hereby denied and it is further

ORDERED, that any claims arising in favor of the Landlord as a consequence of such dismissal be filed with the Court no later than the     day of             , 2023.

Dated: New York, New York
      , 2024           __/s/__Lisa G. Beckerman_
                              HON. LISA G. BECKERMAN
                              UNITED STATES BANKRUPTCY JUDGE