UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                                      :

In re:                                                     :

                                                     :

World Wine Group Inc.,

                                                   :      Case No. 22-10738-lgb
                                                   :      Chapter 11
                                                 :      Sub-Chapter V
                              Debtor.    :
--------------------------------------------------------x

## ORDER SCHEDULING CONFIRMATION HEARING

A Plan of Reorganization for Small Business Under Subchapter V of Chapter 11 having been filed on July 6, 2024 [ECF Doc. No. 83] or as amended (the "Plan") by World Wine Group Inc., the debtor and debtor-in-possession (the "Debtor") in the above-captioned small business case under Subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and after due deliberation, it is hereby

**ORDERED**, that a hearing to consider confirmation of the Plan shall be held before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, on **September 10, 2024, at 3:00 p.m.** (the "Confirmation Hearing"). The Confirmation Hearing will take place virtually using both audio and video conference through Zoom for Government. Please refer to the procedures annexed as Exhibit A for information concerning attending the Confirmation Hearing; and it is further

**ORDERED**, that notice of the Confirmation Hearing shall be sufficient if a copy of this Order, the Ballot (hereinafter defined), and the proposed Plan, together with all exhibits thereto, are served by the Debtor by first class mail, postage pre-paid on or before **August 12, 2024**, on (i) the United States Trustee, (ii) the Subchapter V Trustee, (iii) all persons who filed requests

for notice with the Clerk of the Court, and (iv) all creditors listed by the Debtor in its bankruptcy schedules and/or who have filed proofs of claim with the Clerk of the Court; and it is further

**ORDERED**, that Debtor shall promptly file an affidavit of service of this Order, the Ballot and the proposed Plan; and it is further

**ORDERED**, that objections, if any, to confirmation of the Plan shall (i) be made in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, (iii) set forth the basis for the objection and the specific grounds therefor, (iv) be filed with the Court with a copy to the chambers of the Honorable Lisa G. Beckerman, together with proof of service thereof, and (v) be served by email upon counsel for the Debtor at hooperyanglaw@gmail.com, the United States Trustee at greg.zipes@usdoj.gov, and the Subchapter V Trustee at samueldawidowicz@gmail.com so as to be received not later than **4:30 p.m. on September 3, 2024**; and it is further

**ORDERED**, that completed Ballots from holders of Allowed Secured Claims in Class 1, Allowed Non-Priority Unsecured Claims in Class 2 and Allowed Interest in Class 3 (as defined in the Plan) must be submitted in the form attached hereto as Exhibit B (the "Ballot"), either by regular mail, overnight delivery, personal delivery, or email, so as to be actually received no later than **4:30 p.m. on September 3, 2024**. If the Ballot is sent by regular mail, overnight delivery or personal delivery, it should be sent to Hooper, Yang & Associates Law Office, 450 7th Ave. Suite 305, New York, New York, 10123. Emailed ballots should be sent to hooperyanglaw@gmail.com. Ballots sent by facsimile will not be accepted; and it is further

**ORDERED**, that the Debtor shall file a Ballot Tabulation and certification of

2

acceptances and rejections of the Plan with the Clerk of the court by no later than **September 5, 2024.**

Dated: August 1, 2024
      New York, New York

                                        */s/ Lisa G. Beckerman*_____
                                        HONORABLE LISA G. BECKERMAN
                                        UNITED STATES BANKRUPTCY JUDGE

3